ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, MARTIN ROJAS-CUAMBA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00419-AWI/SJO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
| MARTIN ROJAS-CUAMBA, | |
| Defendant. | |

    The parties hereto, by and through their respective attorneys, stipulate and agree that the status hearing calendared for July 29, 2013 be continued to September 16, 2013 at 10:00 a.m. before the Honorable Sheila J. Oberto.

    In addition to ongoing responsibilities to other clients, defense counsel, since the last appearance in this matter, was required to expend an extensive amount of time pertaining to sentencing issues in *United States Raymond Lorona*, Case No. 1:11-CR-00258 AWI, informal and formal objections in *United States v. Fernando Figueroa*, Case No. 1:12-CR-00077 AWI/SJO, and settlement efforts and trial preparation in *United States v. Diamante Alfred*, Case No. 1:12-CR-00160 LJO, to the the extent that defense counsel has been unable to review the supplemental discovery provided by the government.

    Also, the defense has been attempting to complete investigation outside of the Eastern District. Due to unexpected difficulty locating an investigator qualified or willing to undertake the assignment of specified investigation in Southern

1

1 California, defense counsel ultimately chose to make arrangements with a qualified
2 investigator whose office is located within the Eastern District of California.  The
3 investigator agreed, due to family residing in the Southern California area, to
4 accept the investigation with the understanding that no billing would be submitted
5 for travel time or mileage attributed to traveling from the Eastern District to the
6 Southern District of California.  Because of other commitments, the investigator
7 has been unable to complete the assignment.

8 The requested date will be sufficient to allow defense counsel to complete
9 review of the discovery provided by the government and for the investigator to
10 complete the investigative tasks requested by defense counsel.

11 The parties also agree that any delay resulting from this continuance shall
12 be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F),
13 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  July 23, 2013          /s/ Karen Escobar
                               KAREN ESCOBAR
                               Assistant United States Attorney
                               **This was agreed to by Ms. Escobar in person on July 22, 2013**

DATED:  July 23, 2013          /s/ Roger K. Litman
                               ROGER K. LITMAN
                               Attorney for Defendant
                               MARTIN ROJAS-CUAMBA

**ORDER**

Good cause appearing, the above Stipulation is accepted, approved and made the Order of the Court.

The July 29, 2013 Status Conference shall be continued until September 16, 2013, at 10:00 a.m. before the Honorable Sheila J. Oberto.

The Court finds that the interests of justice and Defendant's need for additional time for adequate investigation and negotiation outweigh the public's

2

and Defendant's interest in a speedy trial.  Accordingly, the time from July 29, 2013, until September 16, 2013, shall be excluded for purposes of Speedy Trial Act calculations.

**The parties are advised that there shall be no further continuances of a Status Conference in this matter.**

IT IS SO ORDERED.

Dated:   July 23, 2013                            /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE

3