BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>MARTIN ROJAS-CUAMBA,<br><br>             Defendant. | 1:12-cr-00419 LJO<br><br>STIPULATION REGARDING VACATING STATUS CONFERENCE; ORDER |
|---|---|

**STIPULATION**

   Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

   1.   By previous order, this matter was set for trial on March 11, 2014, and for a status conference on November 4, 2013, for advisement regarding the necessity of setting a motions schedule for the filing of any pretrial motions.

   2.   By this stipulation, the parties agree to vacate the November 4, 2013, status conference, since the parties do not have any pretrial motions to file in this matter.

   3.   The defendant is out of custody.

////

1

IT IS SO STIPULATED.

DATED:     November 1, 2013.     Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:     November 1, 2013.

/s/ Roger Litman
ROGER LITMAN
Counsel for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated:   **November 1, 2013**            **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

2