BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MARTIN ROJAS-CUAMBA,<br><br>          Defendant. | 1:12-CR-00419-LJO<br><br>ORDER REGARDING THIRD PARTY CLAIM BY CRUZ ROJAS<br><br>Date:         March 2, 2015<br>Time:         8:30 a.m.<br>Courtroom:    4<br>Judge:        Hon. Lawrence J. O'Neill |

   Before the Court is Petitioner Cruz Rojas's Third Party Claim to Property Subject to Forfeiture: $53,750.00 in U.S. Currency (the "Petition") and the United States' Response to Cruz Rojas' Third Party Claim. After having read and considered the filings, the Court finds as follows:

   a.   The Sentencing Hearing for Defendant Martin Rojas-Cuamba shall proceed as scheduled on Monday, March 2, 2015 at 8:30 a.m.; and

   b.   The United States shall respond to Cruz Rojas' Petition by Friday, March 13, 2015.

1

[Proposed] Order Regarding Third Party Claim
by Cruz Rojas

IT IS SO ORDERED.

Dated this 27th day of February, 2015.

                /s/ Lawrence J. O'Neill
       UNITED STATES DISTRICT JUDGE

[Proposed] Order Regarding Third Party Claim by Cruz Rojas