# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARTIN ROJAS-CUAMBA<br><br>  Defendant. | 1:12-cr-0419-LJO-SKO-1<br><br>ORDER ON GOVERNMENT'S MOTION TO DISMISS THIRD PARTY CLAIM (DOC. 60) |

The Court has received and reviewed the Government's motion to dismiss the third party claim of Petitioner Cruz Rojas as untimely (Document 60). The Court has also received and reviewed the Third Party Claimant's Opposition papers (Document 63).

Nothing in the opposition documents refutes anything in the motion to dismiss, which the Court incorporates by reference herein. The bases for Third Party Claimant's request to be excused from the filing of the admittedly late claim include that:

1. The claim is only 3 days late;

2. Even though the copy of the Preliminary Order of Seizure was timely served on the Claimant and it contained the proper and correct information, sometime earlier the Claimant had been told that the claim would be adjudicated in the Southern District of California.

Nowhere in the submitted papers is excusable neglect demonstrated. The Motion to Dismiss is GRANTED.

IT IS SO ORDERED.

Dated:  **April 8, 2015**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1