BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00419-LJO-SKO |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| MARTIN ROJAS-CUAMBA, | |
| Defendant. | |

    On October 22, 2014, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Martin Rojas-Cuamba, in the following property: Approximately $53,750.00 in U.S. Currency.

    Beginning on November 4, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

    On January 20, 2015, the United States sent direct written notice to Cruz Rojas at his last known address. Mr. Rojas signed the certified mail receipt accepting the direct written notice on January 23, 2015. On January 20, 2015, the United States also sent direct written notice to Victor M. Torres, the attorney who filed a claim with the Drug Enforcement Administration on behalf of Cruz Rojas in the

administrative forfeiture action.  Mr. Torres signed the certified mail receipt accepting the direct written notice on January 23, 2015.

On February 25, 2015 (33 days after receiving direct notice of the entry of the Preliminary Order of Forfeiture), Cruz Rojas filed a third party claim to the approximately $53,750.00 in U.S. Currency.

On March 10, 2015, the United States moved to dismiss Cruz Rojas' claim on the grounds that it was untimely filed.  On April 8, 2015, Cruz Rojas opposed the United States' motion to dismiss.

On April 8, 2015, the Court granted the United States' motion to dismiss Cruz Rojas' claim finding no excusable neglect demonstrated by Cruz Rojas for his untimely claim.

The Court has been advised that no other third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED that:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853, to be disposed of according to law, including all right, title, and interest of Martin Rojas-Cuamba and potential claimant Cruz Rojas.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **April 17, 2015**            **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE