ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California  93721

Telephone:  (559) 237-6000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:12-CR-00419 LJO |
| ) | |
| ) | STIPULATION AND ORDER |
| v.     ) | REGARDING SERVICE OF |
| ) | SENTENCE |
| MARTIN ROJAS-CUAMBA,   ) | |
| ) | |
| Defendant    ) | |
| _____ ) | |

      The court sentenced Mr. Rojas Cuamba on March 9, 2015.  Among other conditions imposed by the court, Mr. Rojas-Cuamba was ordered to serve 364 days at a Residential Re-entry Center (hereinafter "RRC"), with a recommendation that Mr. Rojas-Cuamba be permitted to serve the ordered 364 days at the RRC located at 2727 Boston Avenue, San Diego, California.

      Mr. Rojas-Cuamba, in fact commenced serving the sentence at the RRC in San Diego on April 27, 2015.

      Mr. Rojas-Cuamba continues to be employed by Alvizia Landscaping as a foreman. Some days his work assignment requires that he travel outside of San Diego County to, for example, Orange or Riverside Counties.

      For the month of May, 2015, Mr. Rojas-Cuamba's supervising probation officer, Alejandra Platas, issued a pass permitting Mr. Rojas-Cuamba to travel outside of San Diego County for work related purposes.

      Ms. Platas advised defense counsel that it would facilitate her supervision, and avoid the need for her to repeatedly issue such passes, if the court issued an order granting Mr. Rojas-

1

Cuamba permission to travel outside of San Diego County, for work related reasons only, with the understanding that Mr. Rojas-Cuamba must return to the RRC in San Diego on a daily basis in accord with the schedule set by the staff at the RRC and approved by Ms. Platas.

The parties hereto, by and through their respective attorneys, stipulate that the court may issue such order.

DATED: May 26, 2015

KAREN ESCOBAR
Assistant United States Attorney
This was agreed to by Ms. Escobar
via email on May 26, 2015

DATED: May 26, 2015          /s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
MARTIN ROJAS-CUAMBA

**ORDER**

GOOD CAUSE APPEARING, the Court grants permission for Defendant Rojas-Cuamba to travel outside of San Diego County, for work related reasons only, and as verified by the probation officer, on condition that Mr. Rojas-Cuamba continue to return each evening to the assigned RRC in accord with the directives of the staff at the RRC and his probation officer.

IT IS SO ORDERED.

Dated:   **May 26, 2015**              **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE